UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

## CASE AND DEADLINE INFORMATION

Civil Action No.: 6:14-cv-00013

Name of party requesting extension: DAVID WINANS GMAC TEXASMLS.COM

Is this the first application for extension of time in this case?   ☑ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons:

Number of days requested:   ☐ 30 days
☐ 15 days
☑ Other 14 days

New Deadline Date: 02/21/2014   *(Required)*

## ATTORNEY FILING APPLICATION INFORMATION

Full Name: Barrett C. Lesher
State Bar No.: 24070137
Firm Name: Hallett & Perrin, P.C.
Address: 1445 Ross Ave.
Suite 2400
Dallas, Texas 75202
Phone: 214-953-0053
Fax:   214-922-4142
Email: Blesher@hallettperrin.com

A certificate of conference does not need to be filed with this unopposed application.