IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| PROPERTY DISCLOSURE, TECHNOLOGIES LLC, | § § § | |
| *Plaintiff,* | § | Civil Action No.: 6:14-cv-00013-JDL |
| | § | |
| v. | § | Jury Trial Demanded |
| | § | |
| BETTER HOMES AND GARDENS REAL ESTATE LLC AND DAVID WINANS GMAC TEXASMLS.COM LLC | § § § § § | |
| *Defendants.* | § | |

## NOTICE OF APPEARANCE FOR DEFENDANT
## BETTER HOMES AND GARDENS REAL ESTATE LLC

Notice is hereby given that the undersigned attorney, John M. Jackson, of Jackson Walker L.L.P., is entering an appearance in this matter for Defendant Better Homes and Gardens Real Estate LLC, for the purpose of receiving notices and orders from the Court.

Respectfully submitted,

_____
David Folsom
Texas State Bar No. 07210800
dfolsom@jw.com
JACKSON WALKER L.L.P.
6002 Summerfield, Suite B
Texarkana, Texas 75503
903.255.3250
903.255.3265 – Fax

/s/ John M. Jackson
John M. Jackson
Texas State Bar No. 24002340
jjackson@jw.com
Matthew C. Acosta
Texas State Bar No. 24062577
macosta@jw.com
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000
(214) 953-5822 – Fax

**ATTORNEYS FOR DEFENDANT
BETTER HOMES AND GARDENS REAL
ESTATE LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 6th day of February 2014. Any other counsel of record will be served by facsimile transmission and/or first class mail.

                                          /s/ John M. Jackson
                                          John M. Jackson