IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| PROPERTY DISCLOSURE TECHNOLOGIES LLC, | § § § | |
| vs. | § § | CASE NO. 6:14cv32-JDL |
| JBGOODWIN REALTORS, INC. | § § | |
| PROPERTY DISCLOSURE TECHNOLOGIES LLC, | § § § | |
| vs. | § § | CASE NO. 6:14cv13-JDL LEAD |
| BETTER HOMES AND GARDENS REAL ESTATE LLC, *et al.* | § § § | |

## FINAL JUDGMENT

Pursuant to the Order granting Plaintiff's Motion to Dismiss (Doc. No. 237), the Court hereby enters Final Judgment.  Plaintiff Property Disclosures Technologies, LLC, filed suit against JBGoodwin Realtors, Inc. on January 21, 2014.  Since that time, all Defendants have been dismissed in this case and the consolidated lead case, 6:14cv13.

**IT IS HEREBY ORDERED** that the above-entitled and numbered causes of action are **DISMISSED WITH PREJUDICE** and the counterclaims **DISMISSED WITHOUT PREJUDICE**.  All costs are to be borne by the party that incurred them.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

So ORDERED and SIGNED this 11th day of March, 2015.

*/s/ John D. Love*
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE